## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| PENNSYLVANIA INTERGRATED RISK MANAGEMENT  ASSOCIATION | : | No. 719 MAL 2019 |
| | : | |
| | : | |
| | : | Petition for Allowance of Appeal |
| v. | : | from the Order of the Superior Court |
| | : | |
| | : | |
| STEVEN HOMANKO, BOROUGH OF NESQUEHONING, SEAN SMITH AND MICHAEL SAUERS, INDIVIDUALLY AND AS ADMINISTRATOR OF THE ESTATE OF CAROLA R SAUERS, DEC. | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| PETITION OF: MICHAEL SAUERS, INDIVIDUALLY AND AS ADMINISTRATOR OF THE ESTATE OF CAROLA R. SAUERS | : | |
| | : | |
| | : | |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 14th day of April, 2020, the Petition for Allowance of Appeal is **DENIED**.